UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ANCHOR REEF CLUB AT BRANFORD, LLC, | : | Bankruptcy Case No. 17-21080 (JJT) |
| | : | |
| Debtor. | : | |

**MOTION FOR TURNOVER OF DOCUMENTS AND RECORDS**

Anchor Reef Club at Branford, LLC ("Anchor Reef), debtor-in-possession, by and through its attorneys, Coan, Lewendon, Gulliver & Miltenberger, LLC, hereby moves for an order requiring HRP Associates, Inc. to turn over documents and records relating to Anchor Reef's property and/or financial affairs, and respectfully represents as follows:

1. Anchor Reef is the debtor in the above-captioned chapter 11 bankruptcy case.

2. Anchor Reef is a debtor in possession with the rights, powers and duties described in 11 U.S.C. §§ 1107 and 1108.

3. HRP Associates, Inc. ("HRP") are consulting engineers that assist clients with compliance with environmental laws and regulations and that assist clients in their efforts to remediate environmental issues.

4. Between October 16, 2002 and December 31, 2015, HRP performed environmental services, including, without limitation, site assessment, investigation, remediation, project management, hazmat evaluation, site development engineering and permitting in connection with real property located at 60 Maple Street, Branford, Connecticut.

5. Anchor Reef paid HRP for the services provided.

6. Anchor Reef is in the process of preparing a report to submit to Connecticut's Department of Energy and Environmental Protection ("DEEP"). Anchor Reef intends to use a firm other than HRP to prepare the report. Nevertheless, Anchor Reef needs access to the documents and records located at HRP for the preparation of the report. The documents that Anchor Reef needs to complete the report include the following:

- Files related to inspections at the property and remediation areas at the property;

- Tables of soil qualities transported and disposed from remediation areas;

- Maps and tables from all remedial excavation sidewall and base sampling results; and

- Lab results

(hereinafter, the "Documents").

7. The preparation of the report for DEEP will benefit the estate by making its real estate more valuable and more marketable. DEEP's acceptance of a closure report would allow Anchor Reef to advise potential purchasers that the Anchor Reef has successfully completed DEEP's approved remediation plan for Anchor Reef's real estate.

8. Section 542(e) of the Bankruptcy Code provides as follows:

> Subject to any applicable privilege, after notice and a hearing, the court may order an attorney, accounting, or other person that holds recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs, to turn over or disclose such recorded information to the trustee.

9. 11 U.S.C. § 542(e) provides that the court may order a person that holds recorded information "relating to the debtor's property or financial affairs, to turn over or disclose such recorded information to the trustee." An action for turnover under § 542(e) does not require that the information be property of the estate. *In re McKenzie,* 716 F.3d 404, 419 (6th Cir. 2013); *In re*

2

*Michael S. Goldberg, L.L.C.*, No. 09-23370, 2012 WL 71594, at *2 (Bankr. D. Conn. Jan. 10, 2012)(§542(e) is applicable to documents "related to the debtor's property or financial affairs").

10.    The documents relate to Anchor Reef's property and financial affairs. Anchor Reef requires the Documents to complete its reports for DEEP and market its real property.

WHEREFORE, Anchor Reef Club at Branford, LLC requests that this Court enter an order requiring HRP Associates, Inc. to turn over the Documents (as defined above) to Anchor Reef.

ANCHOR REEF CLUB AT BRANFORD, LLC


By__/s/ Timothy Miltenberger_____
Timothy D. Miltenberger (ct08874)
Coan, Lewendon, Gulliver & Miltenberger
495 Orange Street
New Haven, CT  06511
Tel.: 203-624-4756
Fax: 203-243-4488
Email:  tmiltenberger@coanlewendon.com

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ANCHOR REEF CLUB AT BRANFORD, LLC, | Bankruptcy Case No. 17-21080 (JJT) |
| Debtor. | |

**PROPOSED ORDER**

Upon the motion of Anchor Reef Club at Branford, LLC for a turnover of documents related to HRP Associates, Inc.'s work at the debtor's real estate in Branford, Connecticut, the Court finding that said documents relate to the debtor's property or financial affairs, it is hereby

ORDERED, that the motion is granted and HRP Associates, Inc. shall turn over all documents in its possession related to the work it performed for the debtor prior to the filing of the debtor's bankruptcy petition including, but not limited to, the following:

· Files related to inspections at the property and remediation areas at the property;

· Tables of soil qualities transported and disposed from remediation areas;

· Map and table from all remedial excavation sidewall and base sampling results; and

· Lab results.

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: ANCHOR REEF CLUB AT BRANFORD

CASE NUMBER: 17-21080

CHAPTER: 11

DEBTOR(S)

### NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

Anchor Reef Club at Branford, LLC has filed a **Motion for Turnover** with the U. S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the court no later than February 16, 2018 In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing see, 11 U.S.C. section 102(1).

Dated: February 2, 2018

By: /s/ Timothy D. Miltenberger
Timothy D. Miltenberger

*Pursuant to Federal Rules of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: ANCHOR REEF CLUB AT BRANFORD

CASE NUMBER: 17-21080

CHAPTER: 11

DEBTOR(S)

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, and 7004, the undersigned certifies that on the 2nd day of February, 2018, the following document was served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1.  DOCUMENTS SERVED:

    1.  Motion for Turnover.

    2.  Proposed Order.

    3.  Notice of Contested Matter Response Deadline.

2.  PARTIES SERVED VIA FIRST CLASS MAIL

Anchor Reef Club at Branford, LLC
340 N. Westlake Boulevard, Suite 260
Westlake Village, CA 91362
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

Mary Jean Agostini
Realty 3
130 Webster Square Road
Berlin, CT 06037

Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

DeSimone Consulting Engineers
Attn: Mary Cardona
140 Broadway, 25th Floor
New York, NY 10005

Environmental Partners, LLC
26 Broadway
North Haven, CT 06473
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Securities and Exchange Commission
100 F. Street
Northeast
Washington, DC  20549-2000
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

Fineman West & Co.
801 S. Figueroa Street, Suite 1000
Los Angeles, CA 90017
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

Tax Collector, Branford
P.O. Box 136
Branford, CT 06405
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

Young & Associates
P.O. Box 870878
Kansas City, MO 64187-0878
**Attn: President, Partner or Managing Member**
**Important Legal Papers**

**PARTIES SERVED VIA ELECTRONIC DELIVERY**

Robert E. Kaelin, Esq.
Murtha Cullina

185 Asylum Street
29Th Floor
Hartford, CT 06103
rkaelin@murthalaw.com

/s/ Timothy D. Miltenberger
Timothy D. Miltenberger (ct08874)
495 Orange Street
New Haven, CT 06511
(203) 624-4756
(203) 865-3673
Tmiltenberger@coanlewendon.com