UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | : | |
|---|---|---|
| In re | : | CASE NO. 17-21080 (JJT) |
| | : | |
| ANCHOR REEF CLUB AT BRANFORD, LLC, | : | (Chapter 11) |
| | : | |
| | : | FEBRUARY 20, 2018 |
| Debtor(s). | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for HRP Associates, Inc. ("HRP"), a respondent in a contested matter concerning the above-referenced bankruptcy case.  Pursuant to §§ 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, counsel for HRP requests that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, to be given to and served on the following:

>   Robert E. Kaelin, Esq.
>   Murtha Cullina LLP
>   CityPlace I - 185 Asylum Street
>   Hartford, Connecticut  06103-3469
>   Telephone:  860-240-6036
>   Facsimile:   860-240-6150
>   rkaelin@murthalaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, copies of any proposed disclosure statement or plan of reorganization, as required by Bankruptcy Rule 3017(a), as well orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopier, telegraph copier, telex or otherwise, which affects HRP, the Debtor or property of the Debtor's estate.

/s/ Robert E. Kaelin
Robert E. Kaelin – ct11631
rkaelin@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2018, a copy of the foregoing Notice of Appearance and Request for Service of Papers was filed electronically to all parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert E. Kaelin
Robert E. Kaelin – ct11631