UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re<br><br>ANCHOR REEF CLUB AT BRANFORD, LLC,<br><br>Debtor(s). | CASE NO. 17-21080 (JJT)<br><br>(Chapter 11)<br><br>(Re: Doc. I.D. No. 60) |
| ANCHOR REEF CLUB AT BRANFORD, LLC,<br><br>Movant.<br><br>v.<br><br>HRP ASSOCIATES, INC.,<br><br>Respondent. | MARCH 20, 2018 |

## OBJECTION TO DEBTOR'S REPLY

HRP Associates, Inc. ("HRP"), by and through its undersigned counsel, submits this Objection to the Response of Anchor Reef Club at Branford to Objection to Motion for Turnover of Documents and Records (Doc. I.D. No. 75, the "Reply"). The Court should disregard the Reply as untimely and the Debtor's for failure to comply with this Court's Contested Matter Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

RESPONDENT - HRP ASSOCIATES, INC.


By    /s/ Sarah Gruber
    Robert E. Kaelin – ct11631
    rkaelin@murthalaw.com
    Sarah Gruber – ct29918
    sgruber@murthalaw.com

Murtha Cullina LLP
185 Asylum Street
Hartford, Connecticut 06103
Telephone: 860.240.6000
Facsimile: 860.240.6150
Its Attorney

## **CERTIFICATION OF SERVICE**

    I hereby certify that on this 20th day of March, 2018, a copy of the foregoing Objection to Debtor's Reply was filed electronically and sent to all parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             /s/ Sarah Gruber
                                             Sarah Gruber – ct29918