**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ANCHOR REEF CLUB AT BRANFORD, LLC, | : | Bankruptcy Case No. 17-21080 (JJT) |
| | : | |
| Debtor. | : | |
| | : | RE: ECF No. 93 |

---------------------------------------------------------------x

**ORDER GRANTING**
**MOTION FOR AUTHORITY TO COMPROMISE AND**
**<u>SETTLE CONTROVERSIES WITH ANCHOR REEF ASSOCIATION, INC.</u>**

Upon the motion (the "Motion", ECF 93) of Anchor Reef Club at Branford, LLC ("Anchor Reef"), pursuant to Fed. R. Bankr. P. 9019, for authority to compromise and settle its controversies with Anchor Reef Association, Inc. (the "Association"), after due notice and an opportunity for a hearing at which all appearing parties were heard, the Court finding that the proposed compromise is fair and equitable, represents a sound use of business judgment by Anchor Reef, and is a compromise above the lowest point in the range of reasonableness, it is

**ORDERED,** that the Motion is granted, and it is further

**ORDERED,** that Anchor Reef shall sign and be bound by the settlement agreement (and exhibits thereto) attached to the Motion as Exhibit A.

Dated at Hartford, Connecticut this 4th day of June, 2018.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut